AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| IFEOMA IWUAMADI<br>370 Amboy Street<br>Brooklyn, NY 11212<br><br>*Plaintiff(s)*<br><br>v.<br><br>ANDREW SAUL, COMMISSIONER, SOCIAL<br>SECURITY ADMINISTRATION<br>1100 West High Rise, 6401 Security Blvd.<br>Baltimore, MD 21235<br><br>*Defendant(s)* | Civil Action No. 20-cv-178 RPK-RER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANDREW SAUL, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Parkhurst, LAW OFFICES OF JOSHUA PARKHURST
11 Broadway, Suite 615
New York, New York 10004
(201) 577-2644

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 01/13/2020

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-178 RPK-RER

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrew Saul, Commissioner, Social Security Administration was received by me on *(date)* 01/13/2020 .

❒ I personally served the summons on the individual at *(place)* on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* on *(date)* ; or

❒ I returned the summons unexecuted because ; or

☒ Other *(specify)*: Mailed copy via U.S. Certified Mail
Tracking No.: 70181830000012419782
Delivered on February 27, 2020

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/12/2020

/s/Anne Wilson
*Server's signature*

Anne Wilson, Law Clerk
*Printed name and title*

888 17th Street, N.W.
9th Floor
Washington, D.C. 20006
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset