AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| IFEOMA IWUAMADI<br>370 Amboy Street<br>Brooklyn, NY ll2l2<br><br>*Plaintiff(s)*<br><br>v.<br><br>ANDREW SAUL, COMMISSIONER, SOCIAL<br>SECURITY ADMINISTRATION<br>1100 West High Rise, 6401 Security Blvd.<br>Baltimore, MD 21235<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 20-cv-178 RPK-RER

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant: Andrew Saul, Commissioner, Social Security Administration
Serve: Richard Donoghue, US Attorney for the Eastern Distirct of New York
Attn: Civil Process Clerk
US Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joshua Parkhurst, LAW OFFICES OF JOSHUA PARKHURST
11 Broadway, Suite 615
New York, New York 10004
(201) 577-2644

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  1/13/2020

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-178

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Richard Donoghue, US Attorney for the Eastern Distirct of New York

was received by me on *(date)*  01/13/2020 .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Mailed copy via U.S. Certified Mail
                      Tracking No.: 70181830000012419768
                      Delivered on February 26, 2020

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  03/12/2020                               /s/Anne Wilson
                                               _____
                                                        *Server's signature*

                                               Anne Wilson, Law Clerk
                                               _____
                                                        *Printed name and title*

                                               888 17th Street, N.W.
                                               9th Floor
                                               Washington, D.C. 20006
                                               _____
                                                        *Server's address*

Additional information regarding attempted service, etc: